■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WALTER MUDRYK, Appellant. — Judgment of the Supreme Court, Queens County (Agresta, J.), rendered September 17, 1980, affirmed. No opinion. This case is remitted to

the Supreme Court, Queens County, for further proceedings pursuant to CPL 460.50 (subd 5). Mollen, P. J., Damiani, Gulotta and Cohalan, JJ., concur.